## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

Brent K. Taylor

                                  **CIVIL NUMBER:  1:23-cv-00009-SBJ**

          Plaintiff(s),

v.                                 **JUDGMENT IN A CIVIL CASE**

Martin J. O'Malley, Commissioner of
Social Security

          Defendant(s),

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED:

Pursuant to the Memorandum Opinion and Order [21], the final decision of the Commissioner of the Social Security Administration denying the application for Social Security disability benefits is affirmed. Judgment is entered in favor of the Defendant and against the Plaintiff.

Date: September 13, 2024

                                              CLERK, U.S. DISTRICT COURT

                                              /s/  S. Lancaster
                                              _____

                                              By: Deputy Clerk